# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 09CR0161-JM |
| Plaintiff, | ) | |
| | ) | **ORDER TO CONTINUE** |
| vs. | ) | **SENTENCING HEARING** |
| JOEL FLORES, | ) | |
| Defendant. | ) | |

THE COURT HEREBY ORDERS, upon joint motion of the parties, that the Friday, May 15, 2009, sentencing hearing be continued to ***Friday, July 10, 2009, at 9:00 a.m.*** The Court finds that time is excludable under the Speedy Trial Act. The defendant has signed an Acknowledgment of Next Court Date.

**IT IS SO ORDERED.**

DATED: May 14, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge